# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

126859(84)(87)

ELLEN M. OSTROTH and THANE OSTROTH,
      Plaintiffs,
and

JENNIFER L. HUDOCK and BRIAN D.
HUDOCK,
      Plaintiffs-Appellees,

v

WARREN REGENCY, G.P., L.L.C., and
WARREN REGENCY LMITED PARTNERSHIP,
      Defendants,
and

EDWARD SCHULAK, HOBBS & BLACK, INC.,
      Defendant-Appellant.

_____

SC: 126859
COA: 245934
Macomb CC: 2000-001912-CE

On order of the Chief Justice, the motion by GMB Architects-Engineers, Inc., for leave to file a brief *amicus curiae* in this case is GRANTED. The motion by defendant-appellant for extension of the time for filing their reply brief is also considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2005 _____

                                          Clerk